WILLIAM GRAVES, ET AL. v. CHURCH &
DWIGHT COMPANY, INC.

September 7, 1988.

Petition for certification granted. (See 225 *N.J.Super.* 49)

BOARD OF EDUCATION OF THE TOWNSHIP OF DEPTFORD v.
MAYOR AND COUNCIL OF THE TOWNSHIP OF DEPTFORD.

September 7, 1988.

Petition for certification granted. (See 225 *N.J.Super.* 76)

RICHARD ROSENBERG v. UNIVERSAL UNDERWRITERS
INSURANCE COMPANY.

September 7, 1988.

Petition for certification denied. (See 224 *N.J.Super.* 638)

THOMAS J. MCDONNOUGH, III, ET AL. v. JOSEPH STRAZZERI,
ET AL.

September 7, 1988.

Petition for certification denied.